**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF MINNESOTA**

**Chambers of**  
**PATRICK J. SCHILTZ**  
**DISTRICT JUDGE**

Warren E. Burger U.S. Courthouse  
316 North Robert Street  
St. Paul, Minnesota 55101  
(651) 848-1900

April 15, 2010

Mr. Randall E. Kahnke   VIA CM/ECF  
Faegre & Benson  
2200 Wells Fargo Center  
90 South Seventh Street  
Minneapolis, MN 55402–3901

Re: *Boston Scientific Corp., et al. v. Cordis Corp.*  
Case No. 09-CV-3445 (PJS/FLN)

Dear Mr. Kahnke:

Thank you for your letter of April 13, 2010.

In order to rule on the motion to transfer, I need only a rough understanding of the types of arguments that the parties will be advancing — and therefore the types of decisions that the judge or jury will be making — with respect to willful infringement. I do not need a lot of specifics, and I obviously do not need to make any decisions on the merits.

At this point, I think I have a sufficient understanding of the nature of the parties' dispute over willful infringement. I do not need further submissions.

Sincerely,

s/Patrick J. Schiltz  
Patrick J. Schiltz  
United States District Judge

cc: Counsel of Record